UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:09-CR-430-KLD (LRL) |
| ARIC JOHNSON, | ) ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

On February 9, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture (Docket #34) pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ARIC JOHNSON to criminal offense, forfeiting specific property alleged in the Superceding Criminal Information and shown by the United States to have a requisite nexus to the offense to which defendant ARIC JOHNSON pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on July 22, 2010, July 29, 2010, and August 5, 2010, in the Las Vegas Review-Journal/Sun and further notifying all known third parties by personal service of their right to petition the Court. #46, #47.

. . .

. . .

1   On September 10, 2010, this Court granted a Petition, Stipulation for Return of Property and Order concerning Russell Bainbridge and the Titan FIE pistol, serial number A15773 and the Colt, Officers Revolver, serial number 631673, stating he is the legal owner of the assets. #49.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a)    Titan FIE pistol, serial number A15773;

    b)    Colt, Officers revolver, serial number 631673; and

    c)    any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __27th__ day of __September__, 2010.

/S/ KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Final Order of Forfeiture on September 15, 2010 by the below identified method of service:

<u>E-mail/ECF</u>

Monique N. Kirtley
Federal Public Defender
411 E. Bonneville Ave.
Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG

    /s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal